FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

2019 MAY -9 P 3:14

Alexandria Division

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:19MJ 222 |
| | ) | |
| ROSEMARY E. BURGAN, | ) | |
| | ) | Court Date: May 20, 2019 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(Misdemeanor 7869303)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 10, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ROSEMARY E. BURGAN, did assault and batter, SB, a family member.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-57.2)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Amanda Williams
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: amanda.r.williams@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

ROSEMARY E. BURGAN
5306 Fenner Road
Fort Belvoir, VA 22060

By: _____
Amanda Williams
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: amanda.r.williams@usdoj.gov